| | |
|---|---|
| STATE OF LOUISIANA EX REL. | NO. 22-KH-505 |
| SYLVESTER R. KAYWOOD | FIFTH CIRCUIT |
| VERSUS | COURT OF APPEAL |
| CLERK OF COURT AND SHERIFF'S OFFICE, | STATE OF LOUISIANA |
| 24TH JUDICIAL DISTRICT | |

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

October 28, 2022

Linda Wiseman
First Deputy Clerk

**IN RE** SYLVESTER R. KAYWOOD

---

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE STEPHEN C. GREFER, DIVISION "J", NUMBER 19-4304

---

Panel composed of Judges Jude G. Gravois,
Robert A. Chaisson, and Stephen J. Windhorst

**WRIT OF MANDAMUS GRANTED**

In this *pro se* writ application, relator, Sylvester R. Kaywood, alleges that the trial court has failed to rule on his "Motion to Return Property to Lawful Owner in Compliance Louisiana Revised Statutes art. 15:41(B)(1) & (C) and La. Const. Art. 1 § 4 with Order Attached, and Contradictory Motion" which he alleges was filed on January 14, 2021. A review of relator's official record indicates that his said motion was filed on January 22, 2021; however, the official record evidences no ruling upon the motion at this time.

Accordingly, we grant relator's request for mandamus relief and order the trial court to rule upon relator's "Motion to Return Property to Lawful Owner in Compliance Louisiana Revised Statutes art. 15:41(B)(1) & (C) and La. Const. Art. 1 § 4 with Order Attached, and Contradictory Motion" within twenty days of the

date of this order, if it has not already done so.  Further, the trial court is ordered to provide a copy of its ruling to this Court and to relator.

Gretna, Louisiana, this 28th day of October, 2022.

**JGG**
**RAC**
**SJW**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
INTERIM CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **10/28/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**22-KH-505**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen C. Grefer (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED

Sylvester R. Kaywood #454948 (Relator)
Dixon Correctional Institute
P. O Box 788
Unit 3 / Dorm 9
Jackson, LA 70748